# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SYLVIA GALVAN, an individual and as a Personal Representative of Frank Patrick Mariscal, and FRANK MARISCAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; MICHEL MOORE, CHIEF OF LOS ANGELES POLICE DEPARTMENT, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-8873 DSF (MAAx)<br><br>**ORDER DISMISSING ACTION [FRCP 41(a)(1)(A)(ii)]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties.

IT IS SO ORDERED.

DATED: March 18, 2020

*Dale S. Fischer*

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE